## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## LITTLE ROCK DIVISION

HOWARD LEE LEACH
ADC # 111353                                                                                  PLAINTIFF


V.                                   4:05CV01814 GH/HDY


LEROY BROWNLEE, Chairman, Post Prison Transfer Board                  DEFENDANT


### JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and

ADJUDGED that this case be DISMISSED WITHOUT PREJUDICE. The Court certifies, pursuant

to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Judgment would not be taken

in good faith.

DATED this 2nd day of December, 2005.


_____
UNITED STATES DISTRICT JUDGE


1

Dockets.Justia.com