# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## LITTLE ROCK DIVISION

HOWARD LEE LEACH  
ADC # 111353                                                                                         PLAINTIFF

V.                               4:05CV01814 GH/HDY

LEROY BROWNLEE, Chairman, Post Prison Transfer Board        DEFENDANT

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case be DISMISSED WITHOUT PREJUDICE. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Judgment would not be taken in good faith.

DATED this 2nd day of December, 2005.

_____  
UNITED STATES DISTRICT JUDGE

1