IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

HOWARD LEE LEACH
ADC# 111353                                                                                            PLAINTIFF

v.                                            No. 4:05CV01814 GH

LEROY BROWNLEE, Chairman, Post Prison Transfer Board                    DEFENDANT

### ORDER

By order filed on December 2nd, the Court dismissed plaintiff's claims in the November 23rd complaint pursuant to the three-strikes provision of the PLRA since he has filed at least four prior §1983 complaints that had been dismissed as frivolous, the complaint was barred by *res judicata*, and his allegation that he had not been released from prison in accordance with his expectations in a 1999 parole revocation proceeding failed to state a claim of imminent danger at the time of the filing of the complaint.

Plaintiff filed objections on December 6th that he is under imminent danger by being falsely imprisoned which could possibly lead him to taking his own life.

To the extent that plaintiff intends for the Court to treat his objections as a motion to reconsider the December 2nd order, it is denied for the reasons clearly stated in that prior order.

IT IS SO ORDERED this 9th day of December, 2005.

*/s/ George Howard Jr.*
UNITED STATES DISTRICT JUDGE